**C. M. Woods, Plaintiff-Appellee, v. Harris Home Builders Co., Defendant-Appellant.**

Gen. No. 10,929.

Second District.

September 11, 1956.

Released for publication September 27, 1956.

Cotton, Fruchtman & Watt, for defendant-appellant; Richard F. Watt, and Helen Hart Jones, of counsel; Rathje & Woodward, for plaintiff-appellee; Bert E. Rathje, and Alfred E. Woodward, of counsel. Opinion by JUSTICE EOVALDI. Not to be published in full.